# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSE TREVINO,** | 1:14-cv-1873-LJO-JLT |
| **Plaintiff,** | **ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL OF DEFENDANT BAKERSFIELD POLICE DEPARTMENT (DOC. 11)** |
| v. | |
| **CITY OF BAKERSFIELD, et al.,** | |
| **Defendant.** | |

Pursuant to Plaintiff's notice of voluntary dismissal, Doc. 11, and Fed. R. Civ. P. 41(a)(1)(A)(i), this Court DISMISSES without prejudice Defendant Bakersfield Police Department from this action.

IT IS SO ORDERED.

Dated: __December 22, 2014__          __/s/ Lawrence J. O'Neill__
                                                                    UNITED STATES DISTRICT JUDGE

1