DANIEL RODRIGUEZ, ESQ., SBN 096625
JOEL T. ANDREESEN, ESQ., SBN 152254
JOHN A. TELLO, ESQ., SBN 086589
JOHN A. KAWAI, ESQ., SBN 260120
**RODRIGUEZ & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**
2020 EYE STREET
BAKERSFIELD, CA  93301
Tel. No.: (661) 323-1400
Fax No.: (661) 323-0132

Attorneys for Plaintiff, JESSE TREVINO

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE TREVINO<br><br>            Plaintiff,<br><br>vs.<br><br>BAKERSFIELD POLICE DEPARTMENT, CITY OF BAKERSFIELD, RYAN MILLER and DOES 1 to 100, Inclusive<br><br>            Defendants. | **Case No.:   1:14-cv-01873-JLT**<br><br>**STIPULATION REQUESTING AN ORDER VACATING THE SETTLEMENT CONFERENCE OF AUGUST 18, 2015;    ORDER**<br><br>**Settlement Conference**<br>Date: August 18, 2015<br>Time: 9:30 a.m.<br>Courtroom: 8<br>Judge: Hon. Barbara A. McAuliffe<br><br>Filed Complaint:  11/25/14<br>Trial Date: 07/26/2016 |

# STIPULATION

The parties, Plaintiff JESSE TREVINO and Defendants CITY OF BAKERSFIELD and RYAN MILLER, hereby jointly request that the Court <u>vacate</u> the Settlement Conference set for August 18, 2015 in this matter. The parties have been informed by the Clerk of the Court that the Hon. Barbara A. McAuliffe's availability will be limited that day. In addition, the parties believe that they are not ready for a meaningful Settlement Conference at this time. If at a later date the parties decide it would be fruitful to reset the Settlement Conference, the parties will jointly request a new date and time from the Court.

Dated: July 24, 2015                              RODRIGUEZ & ASSOCIATES

                                                  By: <u>/s/ John A. Kawai</u>
                                                      JOHN A. TELLO
                                                      JOHN A. KAWAI
                                                      Attorneys for Plaintiff

Dated:  July 24, 2015                             MARDEROSIAN, CERCONE & COHEN

                                                  By: <u>/s/ Heather S. Cohen</u>
                                                      MICHAEL G. MARDEROSIAN
                                                      HEATHER S. COHEN
                                                      Attorneys for Defendants

**ORDER**

1
2
3   Good cause appearing, the Court GRANTS the stipulation and VACATES the
4   Settlement Conference of August 18, 2015 before Judge McAuliffe.  If, in the future,
5   counsel believe that a Settlement Conference would be fruitful, they may file a joint request
6   for the Court to schedule a Settlement Conference.
7
8   IT IS SO ORDERED.
9   Dated:   **July 27, 2015**                                    /s/ Barbara A. McAuliffe
                                                                 UNITED STATES MAGISTRATE JUDGE