UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE TREVINO, | Case No. 1:14-CV-01873-JLT |
| Plaintiff, | **STIPULATION TO MODIFY THE SCHEDULING ORDER [DKT. NO. 20] AND ORDER THEREON** |
| vs. | |
| BAKERSFIELD POLICE DEPARTMENT, CITY OF BAKERSFIELD, RYAN MILLER, and DOES 1 to 100, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the Court should enter an Order amending the Scheduling Order [Dkt. No. 20] in this case, such that the schedule be modified as follows:

| Deadline | Current Date | Requested Date |
|---|---|---|
| Non-Expert Discovery Cutoff | November 6, 2015 | November 13, 2015 |
| Expert Disclosures | November 11, 2015 | November 20, 2015 |
| Rebuttal Expert Disclosures | December 2, 2015 | December 9, 2015 |
| Expert Discovery Cutoff | December 23, 2015 | January 15, 2016 |

///

1

GOOD CAUSE appears to modify the Scheduling Order because these very short continuances are needed to complete the depositions of Defendant Ryan Miller and witnesses from the City of Bakersfield and Bakersfield Police Department.

The requested continuances will not, in any way, affect the date to file dispositive motions, the pretrial date, or the trial date of July 26, 2016.

Dated: October 15, 2015  MARDEROSIAN, CERCONE & COHEN

*/s/ Michael G. Marderosian*
By:_____
Michael G. Marderosian,
Attorneys for Defendants
above-named.

Dated: October 15, 2015  RODRIGUEZ & ASSOCIATES

*/s/ John Tello*
By:_____
John Tello,
Attorneys for Plaintiff

## ORDER

Based upon the stipulation of the parties, and good cause appearing, **IT IS HEREBY ORDERED** that the Scheduling Order is amended as follows:

| Deadline | Current Date | Requested Date |
| --- | --- | --- |
| Non-Expert Discovery Cutoff | November 6, 2015 | November 13, 2015 |
| Expert Disclosures | November 11, 2015 | November 20, 2015 |
| Rebuttal Expert Disclosures | December 2, 2015 | December 9, 2015 |
| Expert Discovery Cutoff | December 23, 2015 | January 15, 2016 |

**No further amendments to the Scheduling Order are made at this time.**

IT IS SO ORDERED.

Dated:  10/22/15  _____
Jennifer L. Thurston,
United States Magistrate Judge