Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for:   Defendants BAKERSFIELD POLICE DEPARTMENT, CITY OF BAKERSFIELD and RYAN MILLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE TREVINO,<br><br>             Plaintiff,<br><br>    vs.<br><br>BAKERSFIELD POLICE DEPARTMENT, CITY OF BAKERSFIELD, RYAN MILLER, and DOES 1 to 100, inclusive,<br><br>             Defendants. | Case No. 1:14-CV-01873-JLT<br><br>**STIPULATION TO DISMISS FIRST CAUSE OF ACTION (*MONELL CLAIM*) AGAINST THE CITY OF BAKERSIFELD; SECOND CAUSE OF ACTION FOR VIOLATION OF THE REHABILITATION ACT OF 1973 AGAINST RYAN MILLER; THIRD CAUSE OF ACTION FOR VIOLATION OF TITLE II OF THE AMERICANS WITH DISABILITIES ACT OF 1990 AGAINST RYAN MILLER; FOURTH CAUSE OF ACTION FOR VIOLATION OF THE BANE CIVIL RIGHTS ACT, CALIFORNIA CIVIL CODE SECTION 52.1; AND SIXTH CAUSE OF ACTION FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS UNDER CALIFORNIA LAW AGAINST ALL DEFENDANTS; [~~PROPOSED~~] ORDER THEREON**<br>**(Doc. 34)** |

Plaintiff JESSE TREVINO and Defendants CITY OF BAKERSFIELD and RYAN MILLER, by and through their attorneys of record herein, hereby stipulate and agree that:

1. The Plaintiff's **First Cause of Action** for violation of Plaintiff's rights secured by the Fourth Amendment to the United States Constitution to be secure in his home and residence, and to be free from the use of excessive force and unlawful search and/or seizure, pursuant to 42 U.S.C. Sections 1983, 1988 (*Monell* Claim) should be **dismissed with prejudice as to Defendant City of Bakersfield**;

2. The Plaintiff's **Second Cause of Action** for violation of the Rehabilitation Act of 1973, 29 U.S.C. Section 701 *et seq*. should be **dismissed with prejudice as to Defendant Ryan Miller**;

3. The Plaintiff's **Third Cause of Action** for violation of Title II of the Americans with Disabilities Act of 1990, 42 U.S.C. Section 12131 *et seq*. should be **dismissed with prejudice as to Defendant Ryan Miller**;

4. The Plaintiff's **Fourth Cause of Action** for violation of the Bane Civil Rights Act, California Civil Code Section 52.1 under California law should be **dismissed with prejudice as to All Defendants**; and

5. The Plaintiff's **Sixth Cause of Action** for intentional infliction of emotion distress under California law should be **dismissed with prejudice as to All Defendants**.

**IT IS SO STIPULATED**.

Dated: February 11, 2016            RODRIGUEZ & ASSOCIATES

                                    */s/ John Kawai*
                                By:_____
                                    John Kawai,
                                    Attorneys for Plaintiff


Dated: February 11, 2016            MARDEROSIAN & COHEN

                                    /s/ *Michael G. Marderosian*
                                By:_____
                                    Michael G. Marderosian,
                                    Attorneys for Defendants
                                    above-named.

**ORDER**

Pursuant the stipulation of the parties hereto, the Court **ORDERS**:

1. The Plaintiff's First Cause of Action **DISMISSED with PREJUDICE** as to Defendant City of Bakersfield;

2. The Plaintiff's Second Cause of is **DISMISSED with PREJUDICE** as to Defendant Ryan Miller;

3. The Plaintiff's Third Cause of Action **DISMISSED with PREJUDICE** as to Defendant Ryan Miller;

4. The Plaintiff's Fourth Cause of Action **DISMISSED with PREJUDICE** as to All Defendants; and

5. The Plaintiff's Sixth Cause of Action **DISMISSED with PREJUDICE** as to All Defendants.

IT IS SO ORDERED.

Dated: **February 11, 2016**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE