Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD and RYAN MILLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE TREVINO,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF BAKERSFIELD, RYAN MILLER, and DOES 1 to 100, inclusive,<br><br>　　　　　Defendants. | Case No. 1:14-CV-01873-JLT<br><br>**JOINT STIPULATION REGARDING EVIDENCE; [PROPOSED] ORDER THEREON**<br><br>**(Doc. 45)** |

　　　　Pursuant to this Court's Pretrial Conference Order, the parties met and conferred on June 17, 2016, regarding anticipated motions in limine. Pursuant to that conference, it was agreed that:

　　　　1.　　There will be no reference to, evidence of, or argument regarding economic damages including, but not limited to, medical expenses, both past and future, and wage loss, both past and future.

　　　　2.　　There will be no reference to, evidence of, or argument regarding the Plaintiff's DUI.

3. Donald R. Huene, M.D., will not testify regarding his impressions of, or otherwise comment on, Plaintiff's psychiatric condition and/or Plaintiff's ability or inability to hear.

4. There will be no reference to, evidence of, or argument that a verdict in favor of the Plaintiff would come from tax payer dollars.

5. There will be no reference to, evidence of, or argument regarding the "golden rule".

In regard to the above referenced areas, the parties agree:

1. Not to mention, refer to, or attempt to convey to the jury in any manner, either directly or indirectly, any of the facts mentioned in the above referenced area; and

2. Warn and caution each witness to strictly follow said instructions.

Dated:  June 21, 2016                     RODRIGUEZ & ASSOCIATES

                                          */s/ John Kawai*

                                          By:_____
                                          John Kawai,
                                          Attorneys for Plaintiff


Dated:  June 21, 2016                     MARDEROSIAN & COHEN

                                          */s/ Michael G. Marderosian*

                                          By:_____
                                          Michael G. Marderosian,
                                          Attorneys for Defendants
                                          above-named.

**ORDER**

Pursuant to the stipulation of the parties, it is hereby ordered that at the time of trial:

1. There will be no reference to, evidence of, or argument regarding economic damages including, but not limited to, medical expenses, both past and future, and wage loss, both past and future.

2. There will be no reference to, evidence of, or argument regarding the Plaintiff's DUI.

3. Donald R. Huene, M.D., will not testify regarding his impressions of, or otherwise comment on, Plaintiff's psychiatric condition and/or Plaintiff's ability or inability to hear.

4. There will be no reference to, evidence of, or argument that a verdict in favor of the Plaintiff would come from tax payer dollars.

5. There will be no reference to, evidence of, or argument regarding the "golden rule".

In regard to the above referenced areas, the parties shall:

1. Not mention, refer to, or attempt to convey to the jury in any manner, either directly or indirectly, any of the facts mentioned in the above referenced area; and

2. Warn and caution each witness to strictly follow said instructions.

IT IS SO ORDERED.

Dated:   **June 21, 2016**               **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE