DANIEL RODRIGUEZ, ESQ., SBN 096625
JOEL T. ANDREESEN, ESQ., SBN 152254
JOHN A. KAWAI, ESQ., SBN 260120
**RODRIGUEZ & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**
2020 EYE STREET
BAKERSFIELD, CA  93301
Tel. No.: (661) 323-1400
Fax No.: (661) 323-0132

Attorneys for Plaintiff, JESSE TREVINO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE TREVINO<br><br>         Plaintiff,<br><br>vs.<br><br>BAKERSFIELD POLICE DEPARTMENT, CITY OF BAKERSFIELD, RYAN MILLER and DOES 1 to 100, Inclusive<br><br>         Defendants. | **Case No.:   1:14-cv-01873-JLT**<br><br>**PLAINTIFF JESSE TREVINO'S REQUEST FOR COMPUTER-ASSISTED REAL-TIME (CART) REPORTING FOR THE DURATION OF TRIAL IN ACCOMMODATION OF DEAFNESS; [~~PROPOSED~~] ORDER THEREON**<br><br>(Doc. 54) |

///

///

///

# REQUEST

In accordance with the Court's Order of May 19, 2016 [Doc. 44] and the Eastern District of California's provision of reasonable accommodations to persons with communications disabilities at the court's expense[1] per Judicial Conference Policy § 255.20, Plaintiff JESSE TREVINO hereby requests Computer-Assisted Real-Time (CART) reporting for the duration of trial in the present action in accommodation of his deafness and hearing impairment.

Dated: June 27, 2016                              RODRIGUEZ & ASSOCIATES

                                                  By:  /s/ John A. Kawai          /
                                                       JOHN A. KAWAI
                                                       Attorneys for Plaintiff,
                                                       JESSE TREVINO

# [PROPOSED] ORDER

Good cause appearing, the Court hereby orders that Computer-Assisted Real-Time (CART) reporting will be provided for the duration of trial in this action in accommodation of Plaintiff's deafness and hearing impairment.

IT IS SO ORDERED.

   Dated:    **June 28, 2016**                         **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] http://www.caed.uscourts.gov/caednew/index.cfm/attorney-info/accommodations-for-communication-disabilities/, retrieved June 24, 2016.