**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSE TREVINO, | ) Case No.: 1:14-cv-001873 - JLT |
|   Plaintiff, | ) |
|   v. | ) AMENDED ORDER AFTER HEARING |
| CITY OF BAKERSFIELD, et al., | ) |
|   Defendants. | ) |

On July 18, 2016, the Court held the hearing on the motions in limine.  At the hearing, the plaintiff notified the Court he wished for the Court to continue the trial.  In addition, the issue of the propriety of using a jury questionnaire was raised.  Thus, the Court **ORDERS**:

1.    **No later than July 19, 2016**, the plaintiff may file his motion to continue the trial.  **No later than July 21, 2016**, the defendants may file opposition to the motion.  No reply is permitted;

2.    **No later than July 21, 2016**, counsel may file a joint statement proposing the use of a jury questionnaire or opposing the use of a jury questionnaire.  In the event that either side wishes to use a jury questionnaire, the proposed questionnaire(s) SHALL be attached to the joint statement.  If neither side wishes to use a jury questionnaire, no filing is required.

IT IS SO ORDERED.

Dated:   **July 19, 2016**                     **/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE