1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  JESSE TREVINO,                        ) Case No.: 1:14-cv-001873 - JLT
                                          )
12          Plaintiff,                    ) ORDER GRANTING PLAINTIFF'S REQUEST TO
                                          ) USE OF THE JUROR QUESTIONNAIRE AS
13      v.                                ) MODIFIED BY THE COURT
                                          )
14  CITY OF BAKERSFIELD, et al.,          )
                                          ) (Doc. 82)
15          Defendants.                   )
                                          )
16  _____

17          Jesse Trevino asserts that Bakersfield Police Officer Ryan Miller used excessive force in the

18  course of detaining him.

19          The matter is set for jury trial on July 26, 2016. From previous discussions with counsel and the

20  motion to continue filed by the plaintiff (Doc. 77), it appears the plaintiff wishes to use a jury

21  questionnaire because of concerns that there may be prospective jurors on the panel who have strong

22  feelings about police officers—whether pro-police or anti-police—and who either will be unwilling to

23  state the opinions in open court or who will state them in a manner that will inhibit others from stating

24  their opinions or will "contaminate" the jury pool. (Doc. 82)

25          The defendants contend that a juror questionnaire is not necessary because all jury panels

26  include those with negative feelings about law enforcement. Id. at 2.  While this is true, the Court is

27  sensitive to the plaintiff's concerns in light of recent events.  On the other hand, the Court agrees with

28  the defendants that the juror questionnaire proposed by the plaintiff seems to seek to be a substitute for

                                              1

oral examination; that is not the Court's intention. Rather, the Court intends the questionnaire only to identify those jurors who lack the ability to be fair and impartial and who may be reluctant to express these views in open court. Thus, the Court has constructed its own questionnaire, attached hereto. The questionnaire is not a substitute for full voir dire but is intended *only* to alert the Court to those prospective jurors who should be examined, at least in part, outside of the presence of fellow jurors. The Court anticipates that by using the questionnaire the Court can ensure fairness by those selected to sit on the jury and will cause only minimal delay.

Thus, the plaintiff's request to use a jury questionnaire is **GRANTED** in **PART** and the plaintiffs' objections are **OVERRRULED** in **PART**. Any objections or proposed changes to the jury questionnaire drafted by the Court may be filed by **no later than Saturday, July 23, 2016**.

IT IS SO ORDERED.

Dated:   **July 22, 2016**                             **/s/ Jennifer L. Thurston**
                                                                          UNITED STATES MAGISTRATE JUDGE

**Juror Questionnaire**

This case involves allegations that a Bakersfield Police Officer used excessive force when attempting to detain a person.

To assist the parties and the Court in making jury selection as efficient as possible, please answer the following questions:

1. Do you have any strong feelings about police officers that would make it impossible for you to be fair in this case (whether because you favor the police, because you disfavor the police or for any other reason)?

    Yes_____   No_____   If yes, please explain:


2. Do you have any strong feelings about people detained by police that would make it impossible for you to be fair in this case?

    Yes_____   No_____   If yes, please explain:


3. Do you have any strong feelings about recent events (in which police officers killed people who were being detained or arrested or recent events in which police officers were killed by suspects) that would make it impossible for you to be fair in this case?

    Yes_____   No_____   If yes, please explain:


I declare under penalty of perjury according to the laws of the State of California, that the foregoing is true and correct.

Print your full name: _____

Signature: _____

3