Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD and RYAN MILLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE TREVINO, | Case No. 1:14-CV-01873-JLT |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE; [~~PROPOSED~~] ORDER** |
| vs. | **(Doc. 92)** |
| BAKERSFIELD POLICE DEPARTMENT, CITY OF BAKERSFIELD, RYAN MILLER, and DOES 1 to 100, inclusive, | |
| Defendants. | |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a), and subject to the approval and order of the Court as provided below, the undersigned parties hereby stipulated to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and costs, and request that the Court enter an Order dismissing this action with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: August 11, 2016.                    MARDEROSIAN & COHEN

                                                    */s/ Michael G. Marderosian*

                                       By:_____
                                            Michael G. Marderosian
                                            Attorney for Defendants
                                            above-named.

Dated: August 11, 2016.                    RODRIGUEZ & ASSOCIATES

                                                    */s/ John Kawai*
                                       By:_____
                                            John Kawai
                                            Attorneys for Plaintiff

## **ORDER**

      The foregoing Stipulation of the parties is accepted and approved, and this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

   Dated:   **August 12, 2016**                     **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE